# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D23-3283
Lower Tribunal No. 2022-DP-000082-O

———————————————

In the Interest of K.R., a child.

K.H.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

———————————————

Appeal from the Circuit Court for Orange County.
Greg A. Tynan, Judge.

January 9, 2024

PER CURIAM.

AFFIRMED.

WHITE, SMITH and GANNAM, JJ., concur.


K.H., Orlando, pro se.

Kelley Schaeffer, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED